UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMEO LOREE GARRETT, | No. 2:21-cv-01628-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 25, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  (ECF No. 5.)  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 25, 2022, (ECF No. 5), are adopted in full;
2. This action is DISMISSED without prejudice; and
3. The Clerk of Court is directed to close this case.

**DATED: July 8, 2022**

_____
Troy L. Nunley
United States District Judge

2